EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Derogar la Regla 4 y Sustituirla por una Nueva Regla 4 y Enmendar las Reglas 5 y 8 de las Reglas para la Administración del Tribunal de Primera Instancia | 2003 TSPR 118<br><br>159 DPR \_\_\_\_ |

Número del Caso: ER-2003-5

Fecha: 14 de julio de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

Derogar la Regla 4 y
Sustituirla por una Nueva                     ER-2003-5
Regla 4 y Enmendar las
Reglas 5 y 8 de las Reglas
para la Administración del
Tribunal de Primera
Instancia

RESOLUCION

San Juan, Puerto Rico a 14 de julio de 2003.

Con el propósito de reestructurar la organización administrativa de las Regiones Judiciales, y a recomendación de la Directora Administrativa de los Tribunales, se deroga la Regla 4 y se sustituye por una nueva Regla 4, se enmiendan las Reglas 5 y 8 de las de Administración del Tribunal de Primera Instancia, según enmendadas, aprobadas el 30 de junio de 1999 vigentes desde el 1 de septiembre de 1999 para que dispongan:

*"Regla 4. Integración Administrativa de los Salones de Asuntos de Menores*

*A partir del primero de agosto de 2003 los salones de asuntos de menores se integran, para fines administrativos, a la Región Judicial en la que están ubicados".*

*"Regla 5. Consejo Asesor Judicial*

*A. Los Jueces Administradores o las Juezas Administradoras Regionales constituirán el Consejo Asesor Judicial, organismo de asesoramiento al Juez*

Derogar la Regla 4 y Sustituirla por una Nueva Regla 4 y
Enmendar las Reglas 5 y 8 de  las Reglas del Tribunal
de Primera Instancia                                         2

Presidente o a la Jueza Presidenta y al Director Administrativo o a la Directora Administrativa de los Tribunales sobre asuntos de administración judicial del sistema.  También formará parte del Consejo Asesor Judicial, la Jueza Administradora o el Juez Administrador del Tribunal de Circuito de Apelaciones."

A.   El Consejo Asesor Judicial..."

## "Regla 8. Centro Judicial

A.   **Definición**

El centro judicial es la subunidad administrativa principal...

B.   **Administración del Centro Judicial**

1.   **Juez Administrador o Jueza Administradora**

El Juez Administrador o la Jueza Administradora...

2.   **Jueces Coordinadores o Juezas Coordinadoras**

a) Los Jueces Administradores o las Juezas Administradoras de las Regiones Judiciales nombrarán, de entre los jueces y las juezas de cada centro judicial, los Jueces Coordinadores o las Juezas Coordinadoras de Asuntos Judiciales—civiles, criminales, relaciones de familia y de asuntos de menores —o de aquellas áreas que sean necesarias para asistir en la administración de dicha subunidad administrativa.  Estos y éstas le serán responsables al Juez Administrador o a la Jueza Administradora de la Región Judicial del buen funcionamiento del centro judicial en lo concerniente a su particular esfera de actividad.

b) Los Jueces Coordinadores o las Juezas Coordinadoras..."

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Derogar la Regla 4 y Sustituirla por una Nueva Regla 4 y
Enmendar las Reglas 5 y 8 de  las Reglas del Tribunal
de Primera Instancia                                          3

Lo  acordó  el  Tribunal  y  certifica  la  Subsecretaria del Tribunal Supremo.

Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo